COOLEY LLP
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
WENDY J. BRENNER (198608) (brennerwj@cooley.com)
ALLISON S. DAVIDSON (SBN 267964) (adavidson@cooley.com)
MICHELLE TON (300942) (mton@cooley.com)
ADDISON LITTON (305374) (alitton@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENZA H. MCELRATH III, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No.  3:16-cv-07241-JSC<br><br>**DECLARATION OF WENDY BRENNER IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S MOTION TO COMPEL ARBITRATION OF PLAINTIFF'S INDIVIDUAL CLAIMS AND STAY CLASS CLAIMS, OR IN THE ALTERNATIVE, STAY ENTIRE PROCEEDING**<br><br>**DATE: MARCH 23, 2017**<br>**TIME: 9:00 A.M.**<br>**DEPT.:  F, 15TH FLOOR** |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

140875550

I, Wendy J. Brenner, declare:

1.      I am an attorney licensed to practice law in the State of California.  I am a partner in the firm of Cooley LLP, attorneys for Defendant Uber Technologies, Inc. ("Uber").  I have personal knowledge of the facts contained in this declaration and could and would testify competently to the same if called as a witness.

2.      I am one of the attorneys at my firm working on the case entitled *Lenza McElrath III v. Uber Technologies, Inc.*, 3:16-cv-07241-JSC, pending before this Court.

3.      On or about February 9, 2017, I conducted a search to locate the current American Arbitration Association's Employment Arbitration Rules and Mediation Procedures (the "AAA Rules").  My search consisted of researching AAA's website at www.adr.org.  I located the AAA Rules on the AAA website (which are the rules currently in effect) and a true and correct copy of the AAA Rules I located and printed out are attached hereto as Exhibit A.

Executed this 10th day of February, 2017 in Palo Alto, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/        *Wendy J. Brenner*
Wendy J. Brenner

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

140875550

DECL. OF BRENNER I/S/O MTN. TO COMPEL
ARBITRATION; NO.:16-CV-07241-JSC

## **ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

Date: February 10, 2017

*/s/  Patrick E. Gibbs*_____ _____
Patrick E. Gibbs (183174)