COOLEY LLP
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
WENDY J. BRENNER (198608) (brennerwj@cooley.com)
ALLISON S. DAVIDSON (SBN 267964) (adavidson@cooley.com)
MICHELLE TON (300942) (mton@cooley.com)
ADDISON LITTON (305374) (alitton@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENZA H. MCELRATH III, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No.  3:16-cv-07241-JSC<br><br>**DECLARATION OF ANDREW WEGLEY IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S MOTION TO COMPEL ARBITRATION OF PLAINTIFF'S INDIVIDUAL CLAIMS AND STAY CLASS CLAIMS, OR IN THE ALTERNATIVE, STAY ENTIRE PROCEEDING;**<br><br>**DATE: MARCH 23, 2017**<br>**TIME: 9:00 A.M.**<br>**DEPT.: F, 15TH FLOOR** |

I, Andrew Wegley, declare:

1.     I am the Senior Human Resources Business Partner for Uber Technologies, Inc. ("Uber"), a position I have held since May of 2014.  I have personal knowledge of the facts contained in this declaration and could and would testify competently to the same if called as a witness.

2.     Uber is a technology company that acts as a conduit between riders looking for transportation, and independent transportation riders looking for riders.  Uber provides the technology through its mobile smartphone application (the "Uber App"), which allows riders and

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

DECL. OF WEGLEY ISO
MOT. TO COMPEL ARBITRATION
CASE NO.: 3:16-CV-07241-JSC

independent transportation providers to connect based on their location.

3. Uber offers the Uber App in over 100 cities across the United States.

4. The Uber App give riders the flexibility to travel almost anywhere they desire, including from one state to another.

5. Based upon my knowledge, experience and position working at Uber, I am aware that Uber maintains personnel and other records regarding its employees in the regular course of its business, including personnel files for each of its employees (collectively, the "Personnel Records"). These Personnel Records contain information about Uber's current and former employees, and are prepared by the Uber employees themselves or by other Uber employees (who obtain the information directly from the employees or other company records) who are required to prepare these documents as part of their job functions. Certain documents contained in these Personnel Records (similarly, created or obtained in the regular course of business) include Uber's employment agreements with its employees and/or former employees. As Uber's Senior Human Resources Business Partner, I have personal knowledge that Uber maintains such files and have access to such files.

6. Based upon my knowledge, experience, and position working at Uber, and my review of certain Personnel Records (including the personnel file of Plaintiff Lenza H. McElrath III ("Plaintiff")), I have determined that Mr. McElrath executed an employment agreement, including a dispute resolution agreement, with Uber on September 3, 2014, a true and correct copy of which is attached hereto as **Exhibit A**.

7. Based upon my review of Plaintiff's Personnel Records, on or about September 29, 2014, Plaintiff commenced employment as a Senior Software Engineer in Uber's office in San Francisco, California. In this role, Plaintiff communicates with, sends, and receives projects from other members on Uber's engineering team, some of whom reside and work outside of California. In addition, Plaintiff's responsibilities include designing and building services to support Uber's core dispatching system and other foundational services that are a part of Uber's service-oriented architecture ("SOA") ecosystem and that enable delivery of robust features that support growth of the business, in all aspects of the Uber experience, across all continents. Plaintiff also helps increase

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

DECL. OF WEGLEY ISO
MOT. TO COMPEL ARBITRATION
CASE NO.: 3:16-CV-07241-JSC

McElrath also helps increase the Uber App's availability and reliability across the country by, among other things, developing innovative code to improve the Uber App. A true and correct copy of Mr. McElrath's job description is attached hereto as **Exhibit B**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this ____ day of February, 2017 in San Francisco, California.

*Andrew Wegley*

Andrew Wegley

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3.

DECL. OF WEGLEY ISO
MOT. TO COMPEL ARBITRATION
CASE NO.: 3:16-CV-07241-JSC