# EXHIBIT B



# Careers at Uber

**Returning Job Candidate?**
**Log back in!**

## Software Engineer - Backend (Marketplace Platform)

| Location | US-CA-San Francisco | Department | Engineering - Engineering |
|---|---|---|---|

## More information about this job

**Uber Overview**

**This is the ideal candidate we're looking for**

- Curiosity to explore new ideas and passion to make them happen
- Experience building large-scale web services. Extensive knowledge of HTTP, Rest API, JSON and Thrift is preferred
- Familiarity with and understanding of asynchronous event-based programming frameworks such as Node.js or thread-based languages such as Go
- Skillful in testing at all levels - quality is your top priority
- Strong product mindset and empathy to business operation, ready to mingle with a cross functional team and make huge impact
- The fact that Uber business relies on your code makes you feel challenged, excited but not scared

▲ Read less

**Job Description**

**What you'll be doing**

- Design and build services to support Uber's core dispatching system and other services in Uber's SOA ecosystem
- Deliver robust features to support hyper growth of the business, in all aspect of Uber experience, across all continents
- Help evolve tooling used for dispatching and the rest of the company
- Learn from and eventually become one of the experts of the Node.js or Go ecosystems
- Work with various open source projects, learn and contribute back to the community

▲ Read less

**Perks**

- Employees are given Uber credits every month.
- The rare opportunity to change the world such that everyone around you is using the product you built. We're not just another social web app, we're moving real people and assets and reinventing transportation and logistics globally.
- Sharp, motivated co-workers in a fun office environment.

**Benefits (U.S.)**

- 401(k) plan, gym reimbursement, nine paid company holidays.
- Full medical/dental/vision package to fit your needs.
- Unlimited vacation policy; work hard and take time when you need it.

We're bringing Uber to every major city in the world. We need brains and passion to make it happen and to make it happen in style.

▲ Read less

## Connect With Us!

Not ready? Connect with Uber to receive future communications about opportunities and general information about specific areas of Uber that interest you.

Apply