COOLEY LLP
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
WENDY J. BRENNER (198608) (brennerwj@cooley.com)
ALLISON S. DAVIDSON (SBN 267964) (adavidson@cooley.com)
MICHELLE TON (300942) (mton@cooley.com)
ADDISON LITTON (305374) (alitton@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENZA H. MCELRATH III, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No.  3:16-cv-07241-JSC<br><br>**[PROPOSED] ORDER GRANTING UBER TECHNOLOGIES, INC.'S MOTION TO COMPEL ARBITRATION OF PLAINTIFF'S INDIVIDUAL CLAIMS AND STAY CLASS CLAIMS, OR IN THE ALTERNATIVE, STAY ENTIRE PROCEEDING**<br><br>**DATE: MARCH 23, 2017**<br>**TIME: 9:00 A.M.**<br>**DEPT.:  F, 15TH FLOOR** |

The Court, having considered Uber Technologies, Inc.'s ("Uber") Motion to Compel Arbitration of Plaintiff's Individual Claims and Stay Class Claims, or in the Alternative, Stay Entire Proceeding, hereby ORDERS that Uber's Motion to Compel Arbitration of Plaintiff's Individual Claims and Stay Class Claims is GRANTED.

In the alternative, the Court hereby ORDERS that Uber's alterative Motion to Stay Entire Proceedings is GRANTED.

DATED: _____        _____

Hon. Jacqueline Scott Corley
Magistrate Judge of the U.S. District Court
Northern District of California

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

141916243

1

[PROPOSED] ORDER GRANTING MTN. TO COMPEL
ARBITRATION; NO.:16-CV-07241-JSC