COOLEY LLP
PATRICK E. GIBBS (SBN 183174) (pgibbs@cooley.com)
WENDY J. BRENNER (SBN 198608) (brennerwj@cooley.com)
ALLI S. DAVIDSON (SBN 267964) (adavidson@cooley.com)
MICHELLE TON (SBN 300942) (mton@cooley.com)
ADDISON LITTON (305374) (alitton@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant,
UBER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LENZA H. MCELRATH III, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 3:16-cv-07241-JSC<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL**<br><br>Magistrate Judge Jacqueline S. Corley |

TO THE CLERK, ALL PARTIES AND ALL COUNSEL OF RECORD:

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: March 2, 2017          Signed: _____
                                      Randall Haimovici
                                      Uber Technologies, Inc.

Dated: March 2, 2017          Signed: /s/ Patrick E. Gibbs
                                      Patrick E. Gibbs (183174)
                                      Cooley LLP
                                      3175 Hanover Street
                                      Palo Alto, California 94304-1130
                                      Telephone: (650) 843-5000
                                      Facsimile:  (650) 849-7400
                                      pgibbs@cooley.com
                                      *Attorney for Uber Technologies, Inc.*

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing ADR Certification by Parties and Counsel. In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

Dated: March 2, 2017                              Cooley LLP

                                                  By: /s/ Patrick E. Gibbs
                                                      Patrick E. Gibbs