COOLEY LLP
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
WENDY J. BRENNER (198608) (brennerwj@cooley.com)
ELIZABETH H. SKEY (267852) (eskey@cooley.com)
MICHELLE TON (300942) (mton@cooley.com)
SAMANTHA KIRBY (307917) (skirby@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000
Facsimile:     (650) 849-7400

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LENZA H. MCELRATH III, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No.  3:16-cv-07241-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY ACTION PENDING FINAL SETTLEMENT**<br><br>Hon. Jacqueline Scott Corley |

WHEREAS, Plaintiff Lenza H. McElrath III and Defendant Uber Technologies, Inc. (collectively, the "Parties") participated in a private mediation on June 25, 2018;

WHEREAS, settlement discussions were successful and the Parties have executed an agreement to settle the litigation;

WHEREAS, the Parties are in the process of finalizing a confidential long-form settlement agreement and will be filing a stipulation of dismissal with the Court in the near future;

WHEREAS, the Court recently ordered supplemental briefing on Uber's February 10, 2017 Motion to Compel Arbitration of Plaintiff's Individual Claims and Stay Class Claims, or In the Alternative Stay Entire Proceeding (the "Motion to Compel Arbitration") at the Parties' case management conference on June 13, 2018;

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

STIP. AND [PROPOSED] ORDER TO STAY ACTION
PENDING FINAL SETTLEMENT
CASE NO.: 3:16-CV-07241-JSC

WHEREAS, pursuant to the Court's order, Plaintiff filed his Supplemental Opposition to Uber's Motion to Compel Arbitration on June 25, 2018, and Uber's reply to Plaintiff's Supplemental Opposition is due on July 2, 2018;

WHEREAS, the Parties agree that, in the interests of judicial efficiency, this action—including further briefing on the Motion to Compel Arbitration—should be stayed in its entirety to allow the Parties to devote their resources to finalizing a settlement agreement.

NOW, THEREFORE, it is hereby stipulated as follows:

1. This action is stayed pending the filing of a stipulation of dismissal no later than August 1, 2018;

2. This Stipulation shall not preclude or prevent the parties from stipulating to, or filing a motion seeking a court order lifting, modifying or extending the terms of this Stipulation upon a showing of good cause.

Dated: June 27, 2018                                COOLEY LLP

                                                    /s/ Patrick E. Gibbs
                                                    Patrick E. Gibbs

                                                    Attorneys for Defendant
                                                    UBER TECHNOLOGIES, INC.

Dated: June 27, 2018                                PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP

                                                    /s/ Randy S. Erlewine
                                                    R. Scott Erlewine

                                                    Attorneys for Plaintiff
                                                    LENZA MCELRATH III

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIP. AND [PROPOSED] ORDER TO STAY ACTION
PENDING FINAL SETTLEMENT
CASE NO.: 3:16-CV-07241-JSC

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

Dated:   June 27, 2018                COOLEY LLP


                                      /s/ Patrick E. Gibbs
                                      Patrick E. Gibbs

                                      Attorneys for Defendant
                                      UBER TECHNOLOGIES, INC.

**<u>ORDER</u>**

Pursuant to the stipulation of the parties, this action is stayed in its entirety pending the submission of a stipulation of dismissal, which shall be filed with the Court on or before August 1, 2018.

Dated: _____, 2018

                                      _____
                                      Honorable Jacqueline Scott Corley
                                      United States District Judge
                                      Northern District of California

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3.

STIP. AND [PROPOSED] ORDER TO STAY ACTION
PENDING FINAL SETTLEMENT
CASE NO.: 3:16-CV-07241-JSC